```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 12044
    HELEN H RILEY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5185


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/12/2008 and was not confirmed.

    The case was dismissed without confirmation 08/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AURORA LOAN SERVICES LLC  CURRENT MORTG         .00            .00            .00
AURORA LOAN SERVICES LLC  CURRENT MORTG         .00            .00            .00
FRANKLIN CAPITAL          SECURED VEHIC   24625.00            .00         300.00
FRANKLIN CAPITAL          UNSECURED         370.66            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         868.62            .00            .00
HARRIS & HARRIS           NOTICE ONLY    NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY    NOT FILED            .00            .00
SBC ILLINOIS              UNSECURED      NOT FILED            .00            .00
SBC                       NOTICE ONLY    NOT FILED            .00            .00
LVNV FUNDING LLC          UNSECURED        1468.54            .00            .00
CHASE BANK                UNSECURED      NOT FILED            .00            .00
DELL FINANCIAL SERVICES   UNSECURED         813.14            .00            .00
HSBC                      UNSECURED      NOT FILED            .00            .00
HSBC NV/GM CARD           NOTICE ONLY    NOT FILED            .00            .00
HSBC                      UNSECURED      NOT FILED            .00            .00
HSBC NV/GM CARD           NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         849.70            .00            .00
MERCY HOSPITAL & MEDICAL  UNSECURED      NOT FILED            .00            .00
MERCY HOSPITAL            NOTICE ONLY    NOT FILED            .00            .00
NCO FINANCIAL GROUP       UNSECURED      NOT FILED            .00            .00
NICOR GAS                 UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         835.40            .00            .00
LVNV FUNDING LLC          UNSECURED         921.40            .00            .00
CHICAGO CENTRAL EP        UNSECURED      NOT FILED            .00            .00
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED            .00            .00
AT & T                    UNSECURED      NOT FILED            .00            .00
WEST ASSET MANAGEMENT     NOTICE ONLY    NOT FILED            .00            .00
WEST ASSET MANAGEMENT     NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED        5056.54            .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED        1670.05            .00            .00
AURORA LOAN SERVICES LLC  SECURED NOT I     620.81            .00            .00
AURORA LOAN SERVICES LLC  SECURED NOT I    3971.87            .00            .00
LEDFORD & WU              DEBTOR ATTY     1,500.00                       1,231.81
TOM VAUGHN                TRUSTEE                                          133.19
DEBTOR REFUND             REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12044 HELEN H RILEY
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   1,665.00

PRIORITY                                               .00
SECURED                                             300.00
UNSECURED                                              .00
ADMINISTRATIVE                                    1,231.81
TRUSTEE COMPENSATION                                133.19
DEBTOR REFUND                                          .00
                       ---------------       ---------------
TOTALS                    1,665.00               1,665.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 11/19/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
       CASE NO. 08 B 12044 HELEN H RILEY